## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

CARLOS D. THOMPSON,                     :    Case No. 2:22-cv-2042
                                        :
      Petitioner,                      :
                                        :
                                        :
vs.                                     :    District Judge Sarah D. Morrison
                                        :    Magistrate Judge Karen L. Litkovitz
                                        :
WARDEN, PICKAWAY                        :
CORRECTIONAL INSTITUTION,               :
                                        :
      Respondent.                      :

## REPORT AND RECOMMENDATION

Petitioner, an inmate at the Pickaway Correctional Institution, has filed a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) in connection with a petition for a writ of habeas corpus.  (Doc. 1).  The total filing fee due in this habeas corpus action is $5.00. Petitioner's application reveals that as of March 28, 2022, he had $13.33 on account to his credit, with average monthly state pay of $50.33.  (*See* Doc. 1, PageID 8).  The application thus demonstrates that petitioner has sufficient funds available to pay the full $5.00 filing fee in order to institute this action.  Accordingly, it is **RECOMMENDED** that petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and petitioner be ordered to pay the full filing fee of $5.00 within **thirty (30) days.**  Petitioner should also be notified that his failure to pay the full filing fee within thirty days will result in the dismissal of this action.

**IT IS SO RECOMMENDED.**

Date: _4/28/2022_

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARLOS D. THOMPSON, | : | Case No. 2:22-cv-2042 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Sarah D. Morrison |
| | : | Magistrate Judge Karen L. Litkovitz |
| WARDEN, PICKAWAY | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of

the recommended disposition, a party may serve and file specific written objections to the

proposed findings and recommendations.   This period may be extended further by the Court on

timely motion for an extension.  Such objections shall specify the portions of the Report objected

to and shall be accompanied by a memorandum of law in support of the objections.  If the Report

and Recommendation is based in whole or in part upon matters occurring on the record at an oral

hearing, the objecting party shall promptly arrange for the transcription of the record, or such

portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the

assigned District Judge otherwise directs.  A party may respond to another party's objections

**WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in

accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140

(1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).