IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carlos D. Thompson,
    Plaintiff,                           :         Case No. 2:22-cv-2042

    -vs-                                 Judge Sarah D. Morrison

                                      Magistrate Judge Litkovitz

Warden, Pickaway Correctional
 Institution,                      :
    Defendant.

**ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on April 29, 2022. (ECF No. 3.) In that filing, the Magistrate Judge recommended that Plaintiff Carlos Thompson's Motion to Proceed *in Forma Pauperis* (ECF No. 1) be denied and that he be ordered to pay the full filing fee within thirty days. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 3), **DENIES** Mr. Thompson's application for leave to proceed *in forma pauperis* (ECF No. 1), and **ORDERS** Mr. Thompson to pay the full $5.00 filing fee within thirty days of this Order. Mr. Thompson is **WARNED** that failure to timely pay the filing fee will result in this action being **DISMISSED**.

    IT IS SO ORDERED.

                                          /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**